| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON #76342 |
| 2 | bruce.ericson@pillsburylaw.com |
| | JEFFREY JACOBI #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| | Attorneys for All Defendants |
| 7 | Except Credit Suisse Securities (USA) LLC and |
| | Morgan Stanley & Company Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE, STEVE SCHNEIDER, CREDIT SUISSE SECURITIES (USA) LLC, and MORGAN STANLEY & CO. INCORPORATED,<br><br>    Defendants,<br><br>  - and -<br><br>CENTURY ALUMINUM COMPANY, a Delaware corporation,<br><br>    Nominal Defendant. | No. C-09-4963-SI<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Attached hereto: Proposed Order |

**RECITALS**

1. On December 1, 2009, the parties entered into, and on December 9, 2009, the Court (Judge Ware) signed, a stipulation and order coordinating the settling of the pleadings in this derivative action (the "Derivative Action") with the resolution of motions to dismiss expected to be filed in the related consolidated class actions, No. C-09-1001-SI (the "Class Actions"). *See* Stipulation and Order, Doc. 16 in this action, filed December 9, 2009. As stated in their stipulation, the parties did so (inter alia) for two reasons:

> "7. Although it asserts different legal theories, the Derivative Action arises out of the same transactions and occurrences as the Consolidated Class Actions, and names the same individual defendants and underwriter defendants.
>
> "9. The parties agree that it makes sense to postpone further activity in the Derivative Action until the motions to dismiss the Consolidated Class Actions are heard and resolved."

*See* Doc. 16, ¶¶ 7, 9.

2. On December 14, 2009, this Court (Judge Illston) entered an Order Relating Case relating this Derivative Action to the Class Actions. *See* Doc. 17 in this case and Doc. 57 in C-09-1001-SI.

3. As anticipated, the defendants in the Class Actions filed motions to dismiss the Class Actions. *See* Docs. 61 - 65 filed Jan. 15, 2010 in No. C-09-1001-SI. But then the plaintiffs in the Class Actions, rather than oppose the motions to dismiss, sought to file an amended complaint. The parties to the Class Actions ultimately stipulated to the filing of an amended complaint in the Class Actions, and to adjusting the briefing and hearing schedule so that the hearing on the motions to dismiss the Class Actions, and the next case management conference in the Class Actions, both would be heard on April 16, 2010 (with the motions at 9 a.m. and the case management conference at 2:30 p.m.). The Court (Judge Illston) made this stipulation an order. *See* Doc. 67-68, filed Jan. 29 and Feb. 1, 2010.

4. In light of the parties' stipulation here (Doc. 16), the parties agree that it makes sense to postpone the case management conference in this Derivative Action

(currently set for February 26, 2010 at 2:30 p.m.) so that it occurs on April 16, 2010, the same day as the hearing and the case management conference in the Class Actions.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein and the parties hereby respectfully request that the Court:

1. Continue the Case Management Conference currently set for February 26, 2010 at 2:30 p.m. until April 16, 2010, either at 2:30 p.m. (the time set for the case management conference in the Class Actions) or at 3:00 p.m., whichever the Court prefers; and

2. Vacate the deadlines set by the Order Setting Initial Case Management Conference and ADR Deadlines in favor of new deadlines consistent with this stipulation, the new date set for the Case Management Conference and Fed. R. Civ. P. 26(f)(1) and (2), Civil Local Rules 16-8 and 16-9, and ADR Local Rule 3-5.

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 9, 2010, at San Francisco, California.

                       */s/ Bruce A. Ericson*
                       Bruce A. Ericson

| | |
|---|---|
| 1 | Dated: February 9, 2010. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON |
| 3 | JEFFREY JACOBI |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 5 | |
| 6 | By _____*/s/ Bruce A. Ericson*_____ |
| | Bruce A. Ericson |
| 7 | Attorneys for Defendants |
| | JOHN C. FONTAINE, JACK E. THOMPSON, |
| 8 | PETER C. JONES, ROBERT E. FISHMAN, JOHN |
| | P. O'BRIEN, WILLY R. STROTHOTTE, JARL |
| 9 | BERNTZEN, CATHERINE Z. MANNING, LOGAN |
| | W. KRUGER, MICHAEL A. BLESS, WAYNE R. |
| 10 | HALE and STEVE SCHNEIDER, and Nominal |
| | Defendant CENTURY ALUMINUM COMPANY |
| 11 | |
| 12 | Dated: February 9, 2010. |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE |
| | ROBERT P. VARIAN |
| 14 | TODD SCOTT |
| | The Orrick Building |
| 15 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 16 | |
| 17 | By _____*/s/ Robert P. Varian*_____ |
| | Robert P. Varian |
| 18 | Attorneys for Defendants |
| | CREDIT SUISSE SECURITIES (USA) LLC AND |
| | MORGAN STANLEY & CO. INCORPORATED |

Dated: February 9, 2010.

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
 - and –
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101


By _____*Benny C. Goodman III*_____
Benny C. Goodman III
Attorneys for Plaintiff PLUMBERS AND
PIPEFITTERS LOCAL UNION NO. 630 PENSION-
ANNUITY TRUST FUND, Derivatively on Behalf of
CENTURY ALUMINUM COMPANY

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference currently set for February 26, 2010 at 2:30 p.m. is hereby continued to April 16, 2010, at 2:30 p.m..

2. The deadlines set by the Order Setting Initial Case Management Conference and ADR Deadlines (Doc. 4, filed Oct. 19, 2009) are hereby vacated in favor of new deadlines consistent with Fed. R. Civ. P. 26(f)(1) and (2), Civil Local Rules 16-8 and 16-9, and ADR Local Rule 3-5 (namely, the ADR Certification and other papers must be filed by, and the Fed. R. Civ. P. 26(f) conference conducted by, March 26, 2010, and the Joint Case Management Statement must be filed by April 2, 2010).

Dated: February __, 2010.

_____
The Honorable Susan Illston
United States District Judge