PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
bruce.ericson@pillsburylaw.com
JEFFREY JACOBI  #252884
jeffrey.jacobi@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for All Defendants
Except Credit Suisse Securities (USA) LLC and
Morgan Stanley & Company Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY,<br><br>     Plaintiff,<br><br>  vs.<br><br>JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE, STEVE SCHNEIDER, CREDIT SUISSE SECURITIES (USA) LLC, and MORGAN STANLEY & CO. INCORPORATED,<br><br>     Defendants,<br><br>  - and -<br><br>CENTURY ALUMINUM COMPANY, a Delaware corporation,<br><br>     Nominal Defendant. | No. C-09-4963-SI<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Attached hereto:  Proposed Order |

1                                       **RECITALS**

2        1.       On December 1, 2009, the parties entered into, and on December 9, 2009,

3 the Court (Judge Ware) signed, a stipulation and order coordinating the settling of the

4 pleadings in this derivative action (the "Derivative Action") with the resolution of motions

5 to dismiss expected to be filed in the related consolidated class actions, No. C-09-1001-SI

6 (the "Class Actions"). *See* Stipulation and Order, Doc. 16 in this action, filed December 9,

7 2009. As stated in their stipulation, the parties did so (inter alia) for two reasons:

8               "7.       Although it asserts different legal theories, the Derivative Action

9             arises out of the same transactions and occurrences as the Consolidated Class

10             Actions, and names the same individual defendants and underwriter defendants.

11               "9.       The parties agree that it makes sense to postpone further activity in

12             the Derivative Action until the motions to dismiss the Consolidated Class Actions

13             are heard and resolved."

14 *See* Doc. 16, ¶¶ 7, 9.

15        2.       On December 14, 2009, this Court (Judge Illston) entered an Order Relating

16 Case relating this Derivative Action to the Class Actions. *See* Doc. 17 in this case and Doc.

17 57 in C-09-1001-SI.

18        3.       As anticipated, the defendants in the Class Actions filed motions to dismiss

19 the Class Actions. *See* Docs. 61 - 65 filed Jan. 15, 2010 in No. C-09-1001-SI. But then the

20 plaintiffs in the Class Actions, rather than oppose the motions to dismiss, sought to file an

21 amended complaint. The parties to the Class Actions ultimately stipulated to the filing of

22 an amended complaint in the Class Actions, and to adjusting the briefing and hearing

23 schedule so that the hearing on the motions to dismiss the Class Actions, and the next case

24 management conference in the Class Actions, both would be heard on April 16, 2010 (with

25 the motions at 9 a.m. and the case management conference at 2:30 p.m.). The Court (Judge

26 Illston) made this stipulation an order. *See* Doc. 67-68, filed Jan. 29 and Feb. 1, 2010.

27        4.       In light of the parties' stipulation here (Doc. 16), the parties agree that it

28 makes sense to postpone the case management conference in this Derivative Action

1  (currently set for February 26, 2010 at 2:30 p.m.) so that it occurs on April 16, 2010, the

2  same day as the hearing and the case management conference in the Class Actions.

3                              **STIPULATION**

4         THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

5  counsel for the parties herein and the parties hereby respectfully request that the Court:

6         1.      Continue the Case Management Conference currently set for February 26,

7  2010 at 2:30 p.m. until April 16, 2010, either at 2:30 p.m. (the time set for the case

8  management conference in the Class Actions) or at 3:00 p.m., whichever the Court prefers;

9  and

10        2.      Vacate the deadlines set by the Order Setting Initial Case Management

11  Conference and ADR Deadlines in favor of new deadlines consistent with this stipulation,

12  the new date set for the Case Management Conference and Fed. R. Civ. P. 26(f)(1) and (2),

13  Civil Local Rules 16-8 and 16-9, and ADR Local Rule 3-5.

14           **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

15        I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

16  have obtained the concurrence in the filing of this document from each of the other

17  signatories listed below.

18        I declare under penalty of perjury that the foregoing declaration is true and correct.

19        Executed on February 9, 2010, at San Francisco, California.

20                              _____/s/ Bruce A. Ericson_____

21                              Bruce A. Ericson

22

23

24

25

26

27

28

702030385v1

STIPULATION AND [PROPOSED] ORDER
Case No. C-09-4963-SI

1     Dated:  February 9, 2010.

2                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     BRUCE A. ERICSON
3                                    JEFFREY JACOBI
                                     50 Fremont Street
4                                    Post Office Box 7880
                                     San Francisco, CA  94120-7880
5

6                                    By _____/s/ Bruce A. Ericson_____
                                                 Bruce A. Ericson
7                                    Attorneys for Defendants
                                     JOHN C. FONTAINE, JACK E. THOMPSON,
8                                    PETER C. JONES, ROBERT E. FISHMAN, JOHN
                                     P. O'BRIEN, WILLY R. STROTHOTTE, JARL
9                                    BERNTZEN, CATHERINE Z. MANNING, LOGAN
                                     W. KRUGER, MICHAEL A. BLESS, WAYNE R.
10                                   HALE and STEVE SCHNEIDER, and Nominal
                                     Defendant CENTURY ALUMINUM COMPANY
11
       Dated:  February 9, 2010.
12

13                                   ORRICK, HERRINGTON & SUTCLIFFE
                                     ROBERT P. VARIAN
14                                   TODD SCOTT
                                     The Orrick Building
15                                   405 Howard Street
                                     San Francisco, CA  94105

16
                                     By _____/s/ Robert P. Varian_____
17                                               Robert P. Varian
                                     Attorneys for Defendants
18                                   CREDIT SUISSE SECURITIES (USA) LLC AND
                                     MORGAN STANLEY & CO. INCORPORATED
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. C-09-4963-SI

1    Dated:  February 9, 2010.

2                                        COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
3                                        SHAWN A. WILLIAMS
                                         100 Pine Street, Suite 2600
4                                        San Francisco, CA 94111
                                              - and –
5                                        TRAVIS E. DOWNS III
                                         BENNY C. GOODMAN III
6                                        655 West Broadway, Suite 1900
                                         San Diego, CA 92101

7

8                                        By _____*Benny C. Goodman III*_____
                                                  Benny C. Goodman III
9                                        Attorneys for Plaintiff PLUMBERS AND
                                         PIPEFITTERS LOCAL UNION NO. 630 PENSION-
10                                       ANNUITY TRUST FUND, Derivatively on Behalf of
                                         CENTURY ALUMINUM COMPANY

11

12                                  **[PROPOSED] ORDER**

13        Upon consideration of the parties' stipulation and good cause appearing, IT IS

14   HEREBY ORDERED THAT:

15        1.    The Initial Case Management Conference currently set for February 26,

16   2010 at 2:30 p.m. is hereby continued to April 16, 2010, at 2:30 p.m..

17        2.    The deadlines set by the Order Setting Initial Case Management Conference

18   and ADR Deadlines (Doc. 4, filed Oct. 19, 2009) are hereby vacated in favor of new

19   deadlines consistent with Fed. R. Civ. P. 26(f)(1) and (2), Civil Local Rules 16-8 and 16-9,

20   and ADR Local Rule 3-5 (namely, the ADR Certification and other papers must be filed by,

21   and the Fed. R. Civ. P. 26(f) conference conducted by, March 26, 2010, and the Joint Case

22   Management Statement must be filed by April 2, 2010).

23        Dated:   February __, 2010.

24                                       _____
                                         The Honorable Susan Illston
25                                       United States District Judge

26

27

28