| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com<br>JEFFREY JACOBI  #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com<br>50 Fremont Street |
| 4 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for All Defendants<br>Except Credit Suisse Securities (USA) LLC and |
| 8 | Morgan Stanley & Company Incorporated |

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | | |
| 13 | PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY, | No. C-09-4963-SI |
| 14 | | **STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |
| 15 | Plaintiff, | |
| 16 | vs. | Attached hereto:  Proposed Order |
| 17 | JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE, STEVE SCHNEIDER, CREDIT SUISSE SECURITIES (USA) LLC, and MORGAN STANLEY & CO. INCORPORATED, | |
| 22 | | |
| 23 | Defendants, | |
| | - and - | |
| 24 | | |
| 25 | CENTURY ALUMINUM COMPANY, a Delaware corporation, | |
| 26 | Nominal Defendant. | |
| 27 | | |
| 28 | | |

**RECITALS**

1. On December 1, 2009, the parties entered into, and on December 9, 2009, the Court (Judge Ware) signed, a stipulation and order coordinating the settling of the pleadings in this derivative action (the "Derivative Action") with the resolution of motions to dismiss expected to be filed in the related consolidated class actions, No. C-09-1001-SI (the "Class Actions"). *See* Stipulation and Order, Doc. 16 in this action, filed December 9, 2009. As stated in their stipulation, the parties did so (inter alia) for two reasons:

> "7. Although it asserts different legal theories, the Derivative Action arises out of the same transactions and occurrences as the Consolidated Class Actions, and names the same individual defendants and underwriter defendants.
>
> "9. The parties agree that it makes sense to postpone further activity in the Derivative Action until the motions to dismiss the Consolidated Class Actions are heard and resolved."

*See* Doc. 16, ¶¶ 7, 9.

2. On December 14, 2009, this Court (Judge Illston) entered an Order Relating Case relating this Derivative Action to the Class Actions. *See* Doc. 17 in this case and Doc. 57 in C-09-1001-SI.

3. The Class Action defendants filed motions to dismiss the Class Actions and plaintiffs in that case sought to amend their complaint. *See* Docs. 61 - 65 filed Jan. 15, 2010 in No. C-09-1001-SI. The parties to the Class Actions ultimately stipulated to the filing of an amended complaint, and to adjusting the briefing and hearing schedule so that the hearing on the motions to dismiss the Class Actions, and the next case management conference in the Class Actions, both would be heard on April 16, 2010 (with the motions at 9 a.m. and the case management conference at 2:30 p.m.). This Court (Judge Illston) signed the stipulated order. *See* Doc. 67-68, filed Jan. 29 and Feb. 1, 2010.

4. In accordance with the stipulation of the parties, on February 10, 2010, this Court entered an order postponing the case management conference in the above-captioned Derivative Action from February 26, 2010 at 2:30 p.m. to April 16, 2010, the same day as

1  the hearing and the case management conference in the Class Actions. *See* Doc. 22 filed
2  Feb. 10, 2010.

3        5.    On April 1, 2010, the parties to the Class Actions filed a stipulation and
4  proposed order requesting, *inter alia*, that the hearing on the motions to dismiss the Class
5  Actions be heard on April 23, 2010 at 9:00 a.m. *See* Doc. 80 in C-09-1001-SI.

6        6.    On April 6, 2010, the parties to the Class Actions filed a stipulation and
7  proposed order requesting that the case management conference in the Class Actions
8  (currently set for April 16, 2010 at 2:30 p.m.) also be continued to April 23, 2010. *See* Doc.
9  83 in C-09-1001-SI.

10       7.    In light of the parties' stipulation in the above-captioned Derivative Action
11 (Doc. 16), and to conserve the parties' and the Court's resources, the parties agree that it
12 makes sense to reschedule the case management conference in this Derivative Action,
13 currently set for April 16, 2010 at 2:30 p.m., to April 23, 2010, the same day as the hearing
14 on the motions to dismiss and the case management conference in the Class Actions.

15 **STIPULATION**

16 THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned
17 counsel for the parties herein and the parties hereby respectfully request that the Court:

18       1.    Continue the Case Management Conference currently set for April 16, 2010
19 at 2:30 p.m. until April 23, 2010, either at 2:30 p.m. or at 3:00 p.m., whichever the Court
20 prefers; and

21       2.    Vacate the deadlines set by the Order Setting Initial Case Management
22 Conference and ADR Deadlines and the February 10, 2010 Order Postponing Case
23 Management Conference in favor of new deadlines consistent with this stipulation, the new
24 date set for the Case Management Conference and Fed. R. Civ. P. 26(f)(1) and (2), Civil
25 Local Rules 16-8 and 16-9, and ADR Local Rule 3-5.

26
27
28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, JEFFREY S. JACOBI, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 6, 2010, at San Francisco, California.

        */s/ Jeffrey S. Jacobi*
        Jeffrey S. Jacobi

Dated: April 6, 2010.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
JEFFREY JACOBI
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By    */s/ Jeffrey S. Jacobi*
       Jeffrey S. Jacobi
Attorneys for Defendants
JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE and STEVE SCHNEIDER, and Nominal Defendant CENTURY ALUMINUM COMPANY

Dated: April 6, 2010.

ORRICK, HERRINGTON & SUTCLIFFE
ROBERT P. VARIAN
TODD SCOTT
The Orrick Building
405 Howard Street
San Francisco, CA 94105

By    */s/ Robert P. Varian*
       Robert P. Varian
Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA) LLC AND MORGAN STANLEY & CO. INCORPORATED

| | |
|---|---|
| 1 | Dated: April 6, 2010. |
| 2 | ROBBINS GELLER RUDMAN & DOWD LLP<br>SHAWN A. WILLIAMS |
| 3 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 4 | - and – <br>TRAVIS E. DOWNS III |
| 5 | BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900 |
| 6 | San Diego, CA 92101 |

By _____*Benny C. Goodman III*_____
 Benny C. Goodman III
Attorneys for Plaintiff PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY

### [PROPOSED] ORDER

Upon consideration of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference currently set for April 16, 2010 at 2:30 p.m. is hereby continued to April 23, 2010, at _2:30_ p.m..

2. The deadlines set by the Order Setting Initial Case Management Conference and ADR Deadlines (Doc. 4, filed Oct. 19, 2009) and the February 10, 2010 Order Postponing Case Management Conference (Doc. 22) are hereby vacated in favor of new deadlines consistent with Fed. R. Civ. P. 26(f)(1) and (2), Civil Local Rules 16-8 and 16-9, and ADR Local Rule 3-5 (namely, the Joint Case Management Statement must be filed by April 16, 2010).

Dated: April __, 2010.     *Susan Illston*
_____
The Honorable Susan Illston
United States District Judge