| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com<br>JEFFREY JACOBI  #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com<br>50 Fremont Street |
| 4 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for All Defendants<br>Except Credit Suisse Securities (USA) LLC and<br>Morgan Stanley & Company Incorporated |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN C. FONTAINE, et al.,<br><br>        Defendants,<br><br>    - and -<br><br>CENTURY ALUMINUM COMPANY, a Delaware corporation,<br><br>        Nominal Defendant. | No. C-09-4963-SI<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Current Date:    July 9, 2010<br>Proposed Date:   Sept. 3, 2010<br><br>Attached hereto:  Proposed Order |

**RECITALS**

1. On December 1, 2009, the parties entered into, and on December 9, 2009, the Court (Judge Ware) signed, a stipulation and order coordinating the settling of the pleadings in this derivative action (the "Derivative Action") with the resolution of motions to dismiss expected to be filed in the related consolidated class actions, No. C-09-1001-SI (the "Class Actions"). *See* Stipulation and Order, Doc. 16 in this action, filed December 9, 2009. As stated in their stipulation, the parties did so (inter alia) for two reasons:

> "7. Although it asserts different legal theories, the Derivative Action arises out of the same transactions and occurrences as the Consolidated Class Actions, and names the same individual defendants and underwriter defendants.
>
> "9. The parties agree that it makes sense to postpone further activity in the Derivative Action until the motions to dismiss the Consolidated Class Actions are heard and resolved."

*See* Doc. 16, ¶¶ 7, 9.

2. On December 14, 2009, this Court (Judge Illston) entered an Order Relating Case relating this Derivative Action to the Class Actions. *See* Doc. 17 in this case and Doc. 57 in C-09-1001-SI.

3. On April 27, 2010, this Court granted defendants' motions to dismiss the amended consolidated complaint in the Class Actions. Doc. 90 in C-09-1001-SI. On May 28, 2010, plaintiffs in the Class Actions filed a Second Amended Consolidated Class Action Complaint ("SAC"). *See* Doc. 94 in C-09-1001-SI. On June 3, 2010, this Court entered a stipulated order setting a briefing schedule for motions to dismiss the SAC; the order sets a hearing date of September 3, 2010, and also postpones the further case management conference in the Class Actions from July 9, 2010 to September 3, 2010, at 3 p.m. *See* Doc. 97 in C-08-1001-SI, at 4.

4. The case management conference in this Derivative Action had been set so that it would coincide with the case management conference in the Class Actions. In light of the foregoing, the parties agree that it makes sense to postpone the case management

1  conference in this Derivative Action (currently set for July 9, 2010 at 2:30 p.m.) so that it

2  occurs on September 3, 2010, the same day as the case management conference in the Class

3  Actions.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein and the parties hereby respectfully request that the Court continue the Case Management Conference currently set for July 9, 2010 at 2:30 p.m. until September 3, 2010, either at 2:30 p.m. or at 3:00 p.m. (the latter is the time set for the case management conference in the Class Actions), whichever the Court prefers.

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 8, 2010, at San Francisco, California.

Dated:  June 8, 2010.

     */s/ Bruce A. Ericson*
Bruce A. Ericson

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
JEFFREY JACOBI
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By _____*/s/ Bruce A. Ericson*_____
                Bruce A. Ericson
Attorneys for Defendants
JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE and STEVE SCHNEIDER, and Nominal Defendant CENTURY ALUMINUM COMPANY

1  Dated: June 8, 2010.

2  ORRICK, HERRINGTON & SUTCLIFFE
   ROBERT P. VARIAN
3  TODD SCOTT
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5

6  By _____/s/ Robert P. Varian_____
                  Robert P. Varian
7  Attorneys for Defendants
   CREDIT SUISSE SECURITIES (USA) LLC AND
8  MORGAN STANLEY & CO. INCORPORATED

9
   Dated: June 8, 2010.
10
   ROBBINS GELLER
11     RUDMAN & DOWD LLP
   SHAWN A. WILLIAMS
12 100 Pine Street, Suite 2600
   San Francisco, CA 94111
13     - and –
   TRAVIS E. DOWNS III
14 BENNY C. GOODMAN III
   655 West Broadway, Suite 1900
15 San Diego, CA 92101

16
   By _____Benny C. Goodman III_____
17             Benny C. Goodman III
   Attorneys for Plaintiff PLUMBERS AND
18 PIPEFITTERS LOCAL UNION NO. 630 PENSION-
   ANNUITY TRUST FUND, Derivatively on Behalf of
19 CENTURY ALUMINUM COMPANY

20
   **[PROPOSED] ORDER**
21

22 Upon consideration of the parties' stipulation and good cause appearing, IT IS

23 HEREBY ORDERED THAT the Initial Case Management Conference currently set for

24 July 9, 2010 at 2:30 p.m. is hereby continued to September 3, 2010, at _2_30_ p.m..

25 Dated: June __, 2010.

                                                    [signature: Susan Illston]
26                                                  _____
                                                    The Honorable Susan Illston
27                                                  United States District Judge

28