| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com<br>JEFFREY JACOBI  #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com<br>50 Fremont Street |
| 4 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for All Defendants<br>Except Credit Suisse Securities (USA) LLC and<br>Morgan Stanley & Company Incorporated |
| 8 | |

9   UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | | |
| 13 | PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY, | No. C-09-4963-SI |
| 14 | | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SUGGESTION TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| 15 | Plaintiff, | |
| 16 | vs. | |
| 17 | JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE, STEVE SCHNEIDER, CREDIT SUISSE SECURITIES (USA) LLC, and MORGAN STANLEY & CO. INCORPORATED, | Attached hereto:  Joint Case Management Statement and 26(f) Report filed herein on April 16, 2010 (Doc. 30) |
| 18 | | |
| 19 | | CMC Date: Jan. 21, 2011<br>Time:       3 p.m. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants, | |
| 24 | - and - | |
| 25 | CENTURY ALUMINUM COMPANY, a Delaware corporation, | |
| 26 | Nominal Defendant. | |
| 27 | | |
| 28 | | |

1  Pursuant to N.D. Cal. Civil L.R. 16-9, the parties to the above-entitled action,
2  Plaintiff, Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund, and
3  all Defendants, jointly report that there have been no material changes since the filing of the
4  prior Joint Case Management Statement and 26(f) Report on April 16, 2010 (Doc. 30),
5  which document is attached hereto as Exhibit A.  In essence, the parties are awaiting the
6  Court's decision on the motions to dismiss the related consolidated class actions, No. C-09-
7  1001-SI (the "Related Class Actions"), which motions were argued September 3, 2010.
8  Because all deadlines in this case are keyed off of the date on which the Court
9  resolves the pending motions to dismiss in the Related Class Actions (*see* Doc. 16), the
10 Court may wish to consider postponing the case management conference in this case until a
11 date convenient for the Court after it resolves the pending motions.  All parties hereby
12 stipulate to such a postponement (assuming it is agreeable to the Court).
13
14 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**
15 I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I
16 have obtained the concurrence in the filing of this document from each of the other
17 signatories listed below.
18 I declare under penalty of perjury that the foregoing declaration is true and correct.
19 Executed on January 14, 2011, at San Francisco, California.
20
21            */s/ Bruce A. Ericson*  
           Bruce A. Ericson
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Dated:  January 14, 2011. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON |
| 3 | JEFFREY JACOBI |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |

By _____ */s/ Bruce A. Ericson*_____
   Bruce A. Ericson
Attorneys for Defendants
JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, ROBERT E. FISHMAN, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CATHERINE Z. MANNING, LOGAN W. KRUGER, MICHAEL A. BLESS, WAYNE R. HALE and STEVE SCHNEIDER, and Nominal Defendant CENTURY ALUMINUM COMPANY

Dated:  January 14, 2011.

ORRICK, HERRINGTON & SUTCLIFFE
ROBERT P. VARIAN
STEPHEN KNASTER
The Orrick Building
405 Howard Street
San Francisco, CA  94105

By _____ */s/ Robert P. Varian*_____
   Robert P. Varian
Attorneys for Defendants
CREDIT SUISSE SECURITIES (USA) LLC AND MORGAN STANLEY & CO. INCORPORATED

- 2 -

702446150v2

JOINT CASE MANAGEMENT STATEMENT
Case No. C-09-4963-SI

1 | Dated: January 14, 2011.

2 | ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
3 | 100 Pine Street, Suite 2600
San Francisco, CA 94111
4 |     - and –
TRAVIS E. DOWNS III
5 | BENNY C. GOODMAN III
655 West Broadway, Suite 1900
6 | San Diego, CA 92101

7 |

By _____ /s/ Benny C. Goodman III _____
8 | Benny C. Goodman III
Attorneys for Plaintiff PLUMBERS AND
9 | PIPEFITTERS LOCAL UNION NO. 630 PENSION-
ANNUITY TRUST FUND, Derivatively on Behalf of
10 | CENTURY ALUMINUM COMPANY

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 2/25/11 @ 3 P.M.