| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com |
|   | JEFFREY JACOBI  #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
|   | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 6 |   |
|   | Attorneys for All Defendants |
| 7 | Except Credit Suisse Securities (USA) LLC and |
|   | Morgan Stanley & Company Incorporated |
| 8 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | | |
| 13 | PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Derivatively on Behalf of CENTURY ALUMINUM COMPANY, | No. C-09-4963-SI |
| 14 | | **STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |
| 15 | Plaintiff, | |
| 16 | vs. | Current Date:   February 25, 2011 |
|    |     | Proposed Date:  TBD |
| 17 | JOHN C. FONTAINE, et al., | Attached hereto:  Proposed Order |
| 18 | Defendants, | |
| 19 | - and - | |
| 20 | CENTURY ALUMINUM COMPANY, a Delaware corporation, | |
| 21 | | |
| 22 | Nominal Defendant. | |

702829881v1

STIPULATION AND [PROPOSED] ORDER
Case No. C-09-4963-SI

| | |
|---|---|
| 1 | **RECITALS** |
| 2 | 1. On December 1, 2009, the parties entered into, and on December 9, 2009, |

the Court (Judge Ware) signed, a stipulation and order coordinating the settling of the pleadings in this derivative action (the "Derivative Action") with the resolution of motions to dismiss expected to be filed in the related consolidated class actions, No. C-09-1001-SI (the "Class Actions"). *See* Stipulation and Order, Doc. 16 in this action, filed December 9, 2009. As stated in their stipulation, the parties did so (*inter alia*) for two reasons:

> "7. Although it asserts different legal theories, the Derivative Action arises out of the same transactions and occurrences as the Consolidated Class Actions, and names the same individual defendants and underwriter defendants.
>
> "9. The parties agree that it makes sense to postpone further activity in the Derivative Action until the motions to dismiss the Consolidated Class Actions are heard and resolved."

*See* Doc. 16, ¶¶ 7, 9.

2. On December 14, 2009, this Court (Judge Illston) entered an Order Relating Case relating this Derivative Action to the Class Actions. *See* Doc. 17 in this case and Doc. 57 in C-09-1001-SI.

3. On April 27, 2010, this Court granted defendants' motions to dismiss the amended consolidated complaint in the Class Actions. Doc. 90 in C-09-1001-SI. On May 28, 2010, plaintiffs in the Class Actions filed a Second Amended Consolidated Class Action Complaint and, on June 24, 2010, plaintiffs filed a Third Amended Consolidated Class Action Complaint ("TAC"). *See* Doc. 94 and 99 in C-09-1001-SI.

4. On September 3, 2010, this Court heard defendants' motions to dismiss the TAC in the Class Actions. *See* Doc. 122 in C-08-1001-SI, at 4. At the same time, the Court vacated the case management conference in the Class Actions, which was to be rescheduled after the Court issued its order on defendants' motions to dismiss the TAC. *See id.* The Court has not yet issued an order on defendants' motions and consequently has not rescheduled the case management conference in the Class Actions.

5. In light of the foregoing, the parties agree that it makes sense to postpone the case management conference in this Derivative Action (currently set for February 25 at 3:00 p.m.) so that it occurs on the same day as the case management conference in the Class Actions, which date has yet to be determined by this Court.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein and the parties hereby respectfully request that the Court continue the Case Management Conference currently set for February 25, 2011 at 3:00 p.m. until the date and time set for the case management conference in the Class Actions, which date and time will be determined by this Court after it issues an order on defendants' motions to dismiss the TAC filed in the Class Actions.

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, JEFFREY S. JACOBI, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on February 23, 2011, at San Francisco, California.

                                              */s/ Jeffrey S. Jacobi*
                                              Jeffrey S. Jacobi

1  Dated: February 23, 2011.

2                                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                           BRUCE A. ERICSON
3                                          JEFFREY JACOBI
                                           50 Fremont Street
4                                          Post Office Box 7880
                                           San Francisco, CA  94120-7880
5

6                                          By _____ /s/ Jeffrey S. Jacobi_____
                                                         Jeffrey S. Jacobi
7                                          Attorneys for Defendants
                                           JOHN C. FONTAINE, JACK E. THOMPSON,
8                                          PETER C. JONES, ROBERT E. FISHMAN, JOHN
                                           P. O'BRIEN, WILLY R. STROTHOTTE, JARL
9                                          BERNTZEN, CATHERINE Z. MANNING, LOGAN
                                           W. KRUGER, MICHAEL A. BLESS, WAYNE R.
10                                         HALE and STEVE SCHNEIDER, and Nominal
                                           Defendant CENTURY ALUMINUM COMPANY
11
    Dated: February 23, 2011.
12
                                           ORRICK, HERRINGTON & SUTCLIFFE
13                                         ROBERT P. VARIAN
                                           STEPHEN M. KNASTER
14                                         The Orrick Building
                                           405 Howard Street
15                                         San Francisco, CA  94105

16
                                           By _____ /s/ Stephen M. Knaster_____
17                                                       Stephen M. Knaster
                                           Attorneys for Defendants
18                                         CREDIT SUISSE SECURITIES (USA) LLC AND
                                           MORGAN STANLEY & CO. INCORPORATED
19

20

21

22

23

24

25

26

27

28

1  Dated: February 23, 2011.

2  ROBBINS GELLER
   RUDMAN & DOWD LLP
3  SHAWN A. WILLIAMS
   100 Pine Street, Suite 2600
4  San Francisco, CA 94111
   - and –
5  TRAVIS E. DOWNS III
   BENNY C. GOODMAN III
6  655 West Broadway, Suite 1900
   San Diego, CA 92101

7

8  By _____/s/ *Benny C. Goodman III*_____
   Benny C. Goodman III
9  Attorneys for Plaintiff PLUMBERS AND
   PIPEFITTERS LOCAL UNION NO. 630 PENSION-
10 ANNUITY TRUST FUND, Derivatively on Behalf of
   CENTURY ALUMINUM COMPANY

11

12 **[PROPOSED] ORDER**

13  Upon consideration of the parties' stipulation and good cause appearing, IT IS

14 HEREBY ORDERED THAT the Initial Case Management Conference currently set for

15 February 25 at 3:00 p.m. is hereby continued until the date and time set for the case

16 management conference in the related consolidated class actions, No. C-09-1001-SI (the

17 "Class Actions"), which date and time will be determined by this Court after it issues an

18 order on defendants' motions to dismiss the TAC filed in the Class Actions.

19  Dated: __2/23/11_____.

20  _____
    The Honorable Susan Illston
21  United States District Judge

22

23

24

25

26

27

28